OPINION — AG — QUESTION: WHAT IS THE LEGALITY OF AN ANNEXATION OF A PART OF A SCHOOL DISTRICT TO ANOTHER SCHOOL DISTRICT, WHERE THE ANNEXED PART HAS LOCATED THEREON ONE OF THE THREE BUILDINGS, LEAVING TWO OTHER SCHOOL BUILDINGS IN THE REMAINING DISTRICT FROM WHICH THE ANNEXATION IS MADE? — IS LEGAL, OTHERWISE, IT IS NOT LEGAL CITE: 70 O.S.H. 7-4(C), OPINION NO. NOVEMBER 1, 1951 — HODGE (J. H. JOHNSON)